UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DANE FLY,<br><br>              Plaintiff<br><br>     v.<br><br>STATE OF NEVADA, et al.,<br><br>              Defendants | Case No. 3:23-cv-00518-ART-CSD<br><br>**ORDER** |

On October 24, 2023, pro se plaintiff Dane Fly, an inmate in the custody of the Nevada Department of Corrections, submitted a document titled, in part, "Motion for Leave to File 42 U.S.C. 1983 Violations of Fourth, Fifth, Eighth, and Fourteenth Amendments[.]" (ECF No. 3-1). The Court construes the document as a civil-rights complaint under 42 U.S.C. § 1983 because it is legible, contains substantially all the information called for by the court's form civil-rights complaint, and has been personally signed by Plaintiff. *See* Nev. Loc. R. LSR 2-1; *see also* Fed. R. Civ. P. 11(a). But Plaintiff has neither paid the full $402 filing fee for this action nor filed an application to proceed *in forma pauperis*. Plaintiff, however, has submitted a financial certificate that is properly signed both by the Plaintiff and a prison official and a copy of his prison trust fund account statement for the previous six-month period. (ECF No. 3-3).

The United States District Court for the District of Nevada must collect filing fees from parties initiating civil actions. 28 U.S.C. § 1914(a). The fee for filing a civil-rights action is $402, which includes the $350 filing fee and the $52 administrative fee. *See* 28 U.S.C. § 1914(b). "Any person who is unable to prepay the fees in a civil case may apply to the court for leave to proceed *in forma pauperis*." Nev. Loc. R. LSR 1-1. For an inmate to apply for *in forma pauperis* status, the inmate must submit **all three** of the following documents to the Court: (1) a completed **Application to Proceed *in Forma Pauperis* for Inmate**, which is pages 1–3 of the Court's approved form, that is properly signed by the inmate twice on page 3; (2) a completed **Financial Certificate**, which is page 4 of the

Court's approved form, that is properly signed by both the inmate and a prison or jail official; and (3) a copy of the **inmate's prison or jail trust fund account statement for the previous six-month period**. *See* 28 U.S.C. § 1915(a)(1)–(2); Nev. Loc. R. LSR 1-2.

It is therefore ordered that Plaintiff has **until November 27, 2023**, to either pay the full $402 filing fee or file with the Court a completed application to proceed *in forma pauperis* with the inmate's two signatures on page 3.

Plaintiff is cautioned that this action will be subject to dismissal without prejudice if Plaintiff fails to timely comply with this order. A dismissal without prejudice allows Plaintiff to refile the case with the Court, under a new case number, when Plaintiff can file a complete application to proceed *in forma pauperis* or pay the required filing fee.

The Clerk of the Court is directed to send Plaintiff Dane Fly the approved form application to proceed *in forma pauperis* for an inmate and instructions for the same and retain the complaint and exhibits (ECF Nos. 3-1, 3-2) but not file them at this time.

DATED THIS 26th day of October 2023.

_____
UNITED STATES MAGISTRATE JUDGE