UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DANE FLY,<br><br>                            Plaintiff,<br>    v.<br>STATE OF NEVADA, *et al.*,<br>                          Defendants. | Case No. 3:23-cv-00518-ART-CSD<br><br>Order Dismissing Complaint and Closing Case |

      The Court stayed Plaintiff Dane Fly's 42 U.S.C. § 1983 action to allow the parties an opportunity to settle the case. (ECF No. 12.) Fly has discharged his sentence, and he filed a notice of change of address in December 2024, listing an address in Michigan. (ECF No. 15.) The mediation was scheduled for March 4, 2025, via video conference. (ECF No. 16.) The Court has made multiple attempts to contact Fly by mail, email, and telephone at his address of record, and he has failed to respond. (*See* ECF No. 19.) Fly was not present at the mediation. (*Id.*) The Court, therefore, dismisses his complaint without prejudice for failure to appear at the mediation. The application to proceed *in forma pauperis* (ECF No. 6) is moot.

      It is therefore ordered that this § 1983 action is **dismissed** without prejudice as set forth in this order.

      It is further ordered that Plaintiff's application to proceed *in forma pauperis* **(ECF No. 6) is denied** as moot.

      The Clerk of Court is directed to enter judgment accordingly and close this case.

      DATED THIS 9th day of April 2025.

                                                   ANNE R. TRAUM
                                                   UNITED STATES DISTRICT JUDGE