# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| DANE FLY,<br><br>　　　　Plaintiff,<br><br>v.<br><br>STATE OF NEVADA, *et al.*,<br><br>　　　　Defendants. | Case No. 3:23-cv-00518-ART-CSD<br><br>**ORDER GRANTING**<br><br>STIPULATION TO<br>DISMISS WITH PREJUDICE |

Plaintiff, Dane Fly, and Defendants, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Jamie S. Hendrickson, Senior Deputy Attorney General, hereby stipulate that the above-captioned action should be dismissed with prejudice by order of this Court, with each party to bear their own costs.

DATED this 18th day of November 2025.

By: /s/ Dane Fly
Dane Fly
*Plaintiff, Pro Se*

DATED this 18th day of November 2025.
AARON D. FORD
Attorney General

By: /s/ *Jamie S. Hendrickson*
Jamie S. Hendrickson (Bar No. 12770)
Senior Deputy Attorney General
*Attorneys for Defendants*

IT IS SO ORDERED.

_____
Anne R. Traum
United States District Judge

DATED: December 30, 2025

Page 1 of 1